FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMANUEL CISNEROS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SUNNYSIDE, a Washington Municipal Corporation; COUNTY OF YAKIMA, a political subdivision of the State of Washington; JAIME PRIETO, Detective, Sunnyside Police Department and JOHN DOES, Nos. 1-50, ,<br><br>    Defendants. | No. 1:16-CV-3009-SMJ<br><br>**ORDER DISMISSING CASE** |

On June 29, 2016, the parties filed a stipulated dismissal, ECF No. 11. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

 **1.** The parties' Stipulation for Order of Dismissal With Prejudice Without Costs or Attorney's Fees, **ECF No. 11**, is **GRANTED.**

 **2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

 **3.** All pending motions are **DENIED AS MOOT.**

ORDER **-** 1

**4.**   All hearings and other deadlines are **STRICKEN.**

**5.**   The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1st day of July 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2016\Cisneros v City of Sunnyside et al-3009\order dismissing case mv docx

ORDER **-** 2